IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ANDREW P. GEDROSE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-1422-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Based upon the stipulated motion (#24) of the parties:

Attorney fees in the amount of $6,638.58 and costs in the amount of $364.64 are awarded

to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED this 12th day of December, 2007.

_____
ROBERT E. JONES
U.S. District Judge